

Erika L. Bierma
ebierma@axley.com
608.283.6787

March 2, 2026

Honorable Anita Marie Boor
Magistrate Judge, United States District Court
For the Western District of Wisconsin
120 North Henry Street
Madison, Wisconsin 53703

    Re:    *United States v. Alisha Lavine*
              Case No. 25 CR 63 wmc

Dear Magistrate Boor:

We will not be filing any pretrial motions in this matter. This decision was a tactical decision made after adequate review of the discovery, investigation into possible issues, and conversations with Ms. Lavine.

Thank you.

Sincerely,

Axley LLP

Erika L. Bierma
ELB:pjm
cc:    AUSA Steven Anderson
       Ms. Alisha Lavine