# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 7/14/2026    DAY: Tuesday    START TIME: 11:04 a.m.    END TIME: 11:26 a.m.

JUDGE/MAG.: William M. Conley    CLERK: jef    REPORTER: FTR recording

PROBATION OFFICER: _____    INTERPRETER: _____    SWORN: YES ☐ NO ☐

CASE NUMBER: 25-cr-63-wmc-15    CASE NAME: USA v. Alisha R. Lavine

**APPEARANCES:**

ASST. U.S. ATTY.: Steven Anderson    DEFENDANT ATTY.: Erika L. Bierma

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1s ; 40 YR(S) IMPRISONMENT; $ 5,000,000 FINE;

Life YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: 36    ☐ INDICTMENT/INFORMATION READ    ☒ DEFENDANT WAIVES READING

**PLEA:**

☒ GUILTY          ☒ DEFENDANT SWORN

☐ NOT GUILTY      ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY

☐ NO CONTEST      ☒ DEFT. ADJUDGED GUILTY BY COURT

☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: _____    TRIAL ESTIMATE: _____ DAYS

PTMH/EVID. HRG.: _____    MOTIONS DUE: _____

FPTC: _____    FPTC SUBMISSIONS: _____

FINAL HEARING: _____

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: 8/12/2026    OBJECTIONS DUE: 8/26/2026

SENTENCING : 9/16/2026 at 1:00 p.m.

**RELEASE/DETENTION:**

☐ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: _____

**NOTES:**

Mandatory minimum of 5 years in prison and 4 years of supervised release.

TOTAL COURT TIME: 22 min.