**Anthony Lavine**

121 Talon Place
Sun Prairie, WI 53590
608 354-9392
alavine179@gmail.com

**9/7/2026**

**Honorable Judge Conley**

United States District Court for the Western District of Wisconsin
120 North Henry Street
Room 320
Madison, WI 53703

**Re: Character Reference for Alisha Renee Lavine**

Dear Judge Conley,

My name is Anthony Lavine, and I am Alisha Lavine's younger brother. I've known her my whole life. I'm writing this letter to tell you about my sister and show you what kind of person she really is.

I know why Alisha is in trouble and why she's in jail. She didn't lie to me about what she did. She knows she messed up and she is really sorry for it. She isn't trying to make excuses for her choices, and she is taking responsibility for what happened. I know what she did is serious, but I want to share who she is when she's not at her worst.

If I had to pick one word to describe Alisha, it would be loving. She has a big heart and always tries to help people out. Honestly, putting other people first is kind of how she got into this situation. If anyone needed a place to stay, she would say yes without even thinking about it. Some of those people were heavy drug users. Over time, being around them led her into using drugs worse and worse. But even when things were bad, she worked hard to keep a roof over her head, pay her bills, and keep a car running.

Alisha has always taken care of me. When we were kids, our parents struggled real bad with addiction. We moved around a lot, living in motels or even sleeping in the car. Once Alisha got her own apartment, whenever she found out I was sleeping in a car or staying in a motel, she would come pick me up so I had a safe place to sleep. If I was hungry, she'd bring me pizza from the job she had. She knew how hard life was for us growing up, so she did everything she could to help me out.

Lately, I've seen a big change in her. She is really happy to be clean now and feels confident she can stay sober when she gets out. She's my only family, and I miss her a lot. We didn't see each other as much right before this, mostly because I think she was

trying to hide her addiction from me. But now that she’s clean, I can’t wait for us to be close again.

What happened doesn't show everything about who my sister is. She has learned a hard lesson from this and really wants to do better. Our family loves her and will be right there to support her so she can build a good life.

I respectfully ask you to look at her true heart, how sorry she is, and her chance to get her life back on track when you decide her sentence. Thank you for reading my letter.

Sincerely,

Anthony A. Lavine

**Anthony August Lavine**